UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| Technology Licensing Corp.,<br>                    Plaintiff, | CASE NO. _____C 13-05184 SBA ____ |
| v. | STIPULATION AND ORDER<br>SELECTING ADR PROCESS |
| BLACKMAGIC DESIGN PTY LTD,<br>                    Defendant.<br>_____/ | |

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐        Non-binding Arbitration (ADR L.R. 4)
☐        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
X        Private ADR (*please identify process and provider*)  Private mediation.  The parties will agree on a provider at a later date.

The parties agree to hold the ADR session by:
☐        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

X        other requested deadline 4/30/14


Dated:___1/29/14___                          ____/s/ Arthur A. Gasey_____
                                             Attorney for Plaintiff


Dated:___1/29/14___                          ___/s/ Laurie M. Charrington
                                             Attorney for Defendant


CONTINUE TO FOLLOWING PAGE

**ORDER**

X  The parties' stipulation is adopted and IT IS SO ORDERED.

☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.


Dated:  1/30/2014

_Saundra B Armstrong_

Saundra Brown Armstrong

UNITED STATES  JUDGE


When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

DWT 23468453v1 0060144-000006