DAVIS WRIGHT TREMAINE LLP
Martin L. Fineman, Bar No. 104413
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6575
Facsimile:  (415) 276-6599
Email: martinfineman@dwt.com

NIRO HALLER & NIRO
Raymond P. Niro
(*Member of the N.D. Cal. Bar*)
rniro@nshn.com
Joseph N. Hosteny (*pro hac vice*)
jhosteny@hosteny.com
Arthur A. Gasey (*pro hac vice*)
(gasey@nshn.com)
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236 – 0733
Facsimile:  (312) 236 – 3137

Attorneys for Plaintiff
TECHNOLOGY LICENSING CORP.

Gregory L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
Laurie M. Charrington (State Bar No. 229679)
lmcharrington@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    (650) 739-3939
Facsimile:     (650) 739-3900

Attorneys for Defendant
BLACKMAGIC DESIGN PTY LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORP.,<br><br>Plaintiff,<br><br>v.<br><br>BLACKMAGIC DESIGN PTY LTD.,<br><br>Defendant. | Case No.  4:13-CV-05184 SBA<br><br>**STIPULATION TO EXTEND PATENT LOCAL RULE DEADLINES BY THIRTY (30) DAYS** |

/ / /

/ / /

/ / /

/ / /

1    Pursuant to Civil Local Rules 6-1(a) and 7-12, Plaintiff Technology Licensing Corporation ("TLC") and Defendant Blackmagic Design PTY LTD. ("Blackmagic") (collectively "the parties") hereby stipulate to extend Blackmagic's deadlines under Patent Local Rule 3-3 and 3-4 by 30 days.

WHEREAS TLC served its Patent Local Rule 3-1 infringement contentions on March 6, 2014. Pursuant to Patent Local Rule 3-3 and 3-4, and the Joint Proposed Case Management Order (ECF No. 59), Blackmagic's invalidity contentions are currently due April 21, 2014.

WHEREAS Blackmagic proposed the parties agree to limit the number of asserted claims in this case and the number of prior art references, however TLC has not yet agreed to limit the number of claims. Blackmagic intends to move for an Order directing TLC to limit the number of claims it asserts against Blackmagic, before Blackmagic is required to serve its invalidity contentions under the Patent Local Rules.

WHEREAS the parties have agreed to extend the deadline for Blackmagic to serve its invalidity contentions so Blackmagic may seek an Order before its contentions are due.

WHEREAS no schedule has been set in this case. Therefore, the schedule previously proposed by the parties (ECF No. 59) should be modified as set forth in Exhibit A.

**BLACKMAGIC AND TLC HEREBY STIPULATE THAT:**

Blackmagic's deadlines under Patent L.R. 3-3 and 3-4 shall be extended 30 days, and Blackmagic's Invalidity Contentions are now due May 21. The parties further stipulate that the schedule previously submitted by the parties (ECF No. 59) is withdrawn and the Amended Joint Proposed Case Schedule attached as Exhibit A shall be submitted to the Court for consideration.

/ / /

/ / /

/ / /

1 | Dated: April 7, 2014

Respectfully submitted,

JONES DAY

By:     */s/ Laurie M. Charrington*
        Laurie M. Charrington

Attorneys for Defendant
BLACKMAGIC DESIGN PTY LTD.

NIRO, HALLER & NIRO

By:     */s/ Joseph N. Hosteny*
        Joseph N. Hosteny

Attorneys for Plaintiff
TECHNOLOGY LICENSING CORPORATION

IT IS SO ORDERED:
Dated: 4/15/2014

*[signature]*
Saundra Brown Armstrong
U.S. District Judge

**Exhibit A**
Amended Joint Proposed Case Schedule

| Previously Proposed Dates (ECF No. 59) | Amended Proposed Deadlines | Event |
|---|---|---|
| April 21, 2014 | May 21, 2014 | Serve "Invalidity Contentions." (PLR 3-3). Produce documents to accompany "Invalidity Contentions." (PLR 3-4). |
| May 5, 2014 | June 9, 2014 | Exchange of Proposed Terms for Construction. (PLR 4-1). |
| May 26, 2014 | June 30, 2014 | Exchange of Preliminary Claim Construction and Extrinsic Evidence. (PLR 4-2). |
| June 20, 2014 | July 21, 2014 | File Joint Claim Construction and Prehearing Statement. (PLR 4-3). |
| July 21, 2014 | August 20, 2014 | Complete Claim Construction discovery. (PLR-4-4). |
| August 4, 2014 | September 4, 2014 | Opening claim construction brief due. (PLR 4-5). |
| August 18, 2014 | September 22, 2014 | Responsive claim construction brief due. (PLR 4-5). |
| August 25, 2014 | October 2, 2014 | Reply claim construction brief due. (PLR 4-5). |
| October 17, 2014 | October 17, 2014 | 2 Binders of each sides presentation slides for Claim construction hearing due. |
| October 23, 2014, 10:00 a.m. | October 23, 2014, 10:00 a.m. | Claim construction hearing. (PLR 4-6). |
| 50 days after the Court's service of the claim construction ruling | 50 days after the Court's service of the claim construction ruling | Advice of counsel defense discovery due. (PLR 3-7). |
| TBD | TBD | Close of fact discovery. |
| TBD | TBD | Designation of expert witnesses and exchange of initial reports for party with burden of proof. |
| TBD | TBD | Exchange of rebuttal expert reports. |
| TBD | TBD | Close of expert discovery. |
| TBD | TBD | Dispositive motions and motions re experts due. |
| TBD | TBD | Pretrial conference. |

1

**ATTESTATION**

2    I, Laurie M. Charrington, an ECF User whose ID and password are being used to file this

3  STIPULATION TO EXTEND PATENT LOCAL RULE DEADLINES BY THIRTY (30)

4  DAYS, in compliance with Civil L.R. 5-1(i)(3), hereby attest that Joseph N. Hosteny, attorney for

5  Technology Licensing Corp., has concurred with this filing.

6

7  Dated: April 7, 2014

8                                           By:    */s/ Laurie M. Charrington*
                                                   Laurie M. Charrington
9
                                            Attorneys for Defendant
10                                          BLACKMAGIC DESIGN PTY LTD.

11

12
   SVI-143666v1
13