| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>Martin L. Fineman, Bar No. 104413<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111<br>Telephone: (415) 276-6575<br>Facsimile:  (415) 276-6599<br>Email: martinfineman@dwt.com | Gregory L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Laurie M. Charrington (State Bar No. 229679)<br>lmcharrington@jonesday.com<br>JONES DAY<br>Silicon Valley Office<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:    (650) 739-3939<br>Facsimile:     (650) 739-3900 |
| NIRO HALLER & NIRO<br>Raymond P. Niro<br>(*Member of the N.D. Cal. Bar*)<br>rniro@nshn.com<br>Joseph N. Hosteny (*pro hac vice*)<br>jhosteny@hosteny.com<br>Arthur A. Gasey (*pro hac vice*)<br>(gasey@nshn.com)<br>181 West Madison Street, Suite 4600<br>Chicago, Illinois 60602<br>Telephone: (312) 236 – 0733<br>Facsimile:  (312) 236 – 3137 | Attorneys for Defendant<br>BLACKMAGIC DESIGN PTY LTD. |
| Attorneys for Plaintiff<br>TECHNOLOGY LICENSING CORP. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORP.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLACKMAGIC DESIGN PTY LTD.,<br><br>　　　　　Defendant. | Case No.  4:13-CV-05184 SBA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXTENDING ADR<br>DEADLINE TO COMPLETE<br>MEDIATION** |

/ / /

/ / /

/ / /

/ / /

1  WHEREAS this Court issued an Order Selecting ADR Process on January 30, 2014 (ECF No. 55) originally setting April 30, 2014 as the last day for the parties to complete mediation.

WHEREAS the Parties have agreed to mediate their dispute before Judge Eugene F. Lynch (ret.) of JAMS, but have been unable to find a mutually acceptable date on which the parties and Judge Lynch are available.  Additional time is therefore necessary to allow the parties to schedule and conduct the mediation.

WHEREAS the requested change would have no effect on the case schedule.

**BLACKMAGIC AND TLC HEREBY STIPULATE THAT:**

The Parties' request the Court extend the deadline to complete mediation from April 30, 2014 to June 30, 2014.

Dated: April 30, 2014

Respectfully submitted,

JONES DAY

By:  /s/ Laurie M. Charrington
         Laurie M. Charrington

Attorneys for Defendant
BLACKMAGIC DESIGN PTY LTD.

NIRO, HALLER & NIRO

By:  /s/ Joseph N. Hosteny
         Joseph N. Hosteny

Attorneys for Plaintiff
TECHNOLOGY LICENSING CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 5/1/2014

SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT JUDGE

**ATTESTATION**

I, Laurie M. Charrington, an ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE TO COMPLETE MEDIATION, in compliance with Civil L.R. 5-1(i)(3), hereby attest that Joseph N. Hosteny, attorney for Technology Licensing Corp., has concurred with this filing.

Dated: April 30, 2014

By: */s/ Laurie M. Charrington*
Laurie M. Charrington

Attorneys for Defendant
BLACKMAGIC DESIGN PTY LTD.

SVI-145195v1