| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>Martin L. Fineman, Bar No. 104413<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111<br>Telephone: (415) 276-6575<br>Facsimile:  (415) 276-6599<br>Email: martinfineman@dwt.com<br><br>NIRO HALLER & NIRO<br>Raymond P. Niro<br>(*Member of the N.D. Cal. Bar*)<br>rniro@nshn.com<br>Joseph N. Hosteny (*pro hac vice*)<br>jhosteny@hosteny.com<br>Arthur A. Gasey (*pro hac vice*)<br>(gasey@nshn.com)<br>181 West Madison Street, Suite 4600<br>Chicago, Illinois 60602<br>Telephone: (312) 236 – 0733<br>Facsimile:  (312) 236 – 3137<br><br>Attorneys for Plaintiff<br>TECHNOLOGY LICENSING CORP. | Gregory L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Kathleen D. Lynott (State Bar No. 268387)<br>kdlynott@jonesday.com<br>JONES DAY<br>Silicon Valley Office<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:   (650) 739-3939<br>Facsimile:     (650) 739-3900<br><br>Attorneys for Defendant<br>BLACKMAGIC DESIGN PTY LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORP.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLACKMAGIC DESIGN PTY LTD.,<br><br>　　　　　Defendant. | Case No.  4:13-CV-05184 SBA<br><br>SUPPLEMENTAL [PROPOSED]<br>CASE MANAGEMENT ORDER |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the parties to the above-entitled action jointly submit this Supplemental [Proposed] Case Management Order to amend certain case deadlines (ECF Nos. 59, 61, and 63 ).  The parties have met and conferred regarding the sufficiency of Technology Licensing Corporation's ("TLC") Infringement Contentions, served on March 6, 2014.  Without agreeing that its present contentions are insufficient, and therefore as a compromise, TLC has agreed to amend its contentions, and to serve Amended Infringement Contentions on July 14, 2014.  Accordingly, the parties hereby stipulate to amend deadlines triggered by service of infringement contentions per the Patent Local Rules. Additionally, to facilitate constructive mediation, the parties request that the Court extend the ADR deadline to September 1, 2014 so that representatives with settlement authority from each party may attend.

| Current Deadline | Proposed Deadline | Event |
| --- | --- | --- |
| None | July 14, 2014 | Serve Amended "Disclosure of Asserted Claims and Infringement Contentions." (PLR 3-1). Produce any additional documents to accompany contentions. (PLR 3-2). |
| May 21, 2014 | August 4, 2014 | Serve "Invalidity Contentions." (PLR 3-3). Produce documents to accompany "Invalidity Contentions." (PLR 3-4). |
| June 9, 2014 | August 18, 2014 | Exchange of Proposed Terms for Construction. (PLR 4-1). |
| June 30, 2014 | September 1, 2014 | ADR Deadline |
| June 30, 2014 | September 8, 2014 | Exchange of Preliminary Claim Construction and Extrinsic Evidence. (PLR 4-2). |
| July 21, 2014 | October 3, 2014 | File Joint Claim Construction and Prehearing Statement. (PLR 4-3). |
| August 20, 2014 | November 2, 2014 | Close of Claim Construction discovery. (PLR-4-4). |
| September 4, 2014 | November 17, 2014 | Opening claim construction brief due. (PLR 4-5). |
| September 22, 2014 | December 1, 2014 | Responsive claim construction brief due. (PLR 4-5) |

| | | |
|---|---|---|
| October 2, 2014 | December 8, 2014 | Reply claim construction brief due. (PLR 4-5) |
| October 17, 2014 | December 12, 2014 | 2 Binders of each side's presentation slides for Claim construction hearing due. |
| October 23, 2014 at 10 AM | December 16, 2014 at 10 AM | Claim Construction Hearing (PLR 4-6) |
| 50 days after the Court's service of the claim construction ruling | 50 days after the Court's service of the claim construction ruling | Advice of counsel defense discovery due. (PLR 3-7). |
| TBD | TBD | Fact Discovery Cut-off |
| TBD | TBD | Designation of Opening Experts with Reports |
| TBD | TBD | Designation of Rebuttal Experts with Reports |
| TBD | TBD | Expert Discovery Cut-off |
| TBD | TBD | Dispositive motions and motions re experts due. |
| TBD | TBD | Pretrial Conference |

Dated:   June 17, 2014

Respectfully submitted,

JONES DAY

By:   */s/ Gregory L. Lippetz*
         Gregory L. Lippetz

Attorneys for Defendant
BLACKMAGIC DESIGN PTY LTD.

NIRO, HALLER & NIRO

By:   */s/ Joseph N. Hosteny*
         Joseph N. Hosteny

Attorneys for Plaintiff
TECHNOLOGY LICENSING
CORPORATION

1     **IT IS SO ORDERED.**

2   Dated: _____6/17/2014_____          _/s/ Saundra B. Armstrong_____

3                                                  HON. SAUNDRA BROWN ARMSTRONG
                                                 U.S. DISTRICT COURT JUDGE

**ATTESTATION**

I, Kathleen D. Lynott, an ECF User whose ID and password are being used to file this SUPPLEMENTAL [PROPOSED] CASE MANAGEMENT ORDER, in compliance with Civil L.R. 5-1(i)(3), hereby attest that Joseph N. Hosteny, attorney for Technology Licensing Corp., has concurred with this filing.

Dated  June 17, 2014

By: ___*/s/ Kathleen D. Lynott*___
Kathleen D. Lynott

Attorneys for Defendant
BLACKMAGIC DESIGN PTY LTD.