DAVIS WRIGHT TREMAINE LLP
Martin L. Fineman, Bar No. 104413
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6575
Facsimile:  (415) 276-6599
Email: martinfineman@dwt.com

NIRO HALLER & NIRO
Raymond P. Niro
(*Member of the N.D. Cal. Bar*)
rniro@nshn.com
Joseph N. Hosteny (*pro hac vice*)
jhosteny@hosteny.com
Arthur A. Gasey (*pro hac vice*)
(gasey@nshn.com)
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236 – 0733
Facsimile:  (312) 236 – 3137

Attorneys for Plaintiff
TECHNOLOGY LICENSING CORP.

Gregory L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
Kathleen D. Lynott (State Bar No. 268387)
kdlynott@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:   (650) 739-3939
Facsimile:    (650) 739-3900

Attorneys for Defendant
BLACKMAGIC DESIGN PTY LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORP.,<br><br>Plaintiff,<br><br>v.<br><br>BLACKMAGIC DESIGN PTY LTD.,<br><br>Defendant. | Case No.  4:13-CV-05184 SBA<br><br>SUPPLEMENTAL [~~PROPOSED~~]<br>CASE MANAGEMENT ORDER |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the parties to the above-entitled action jointly submit this Supplemental [Proposed] Case Management Order and request that the Court amend a certain case deadline (ECF No. 69).  Technology Licensing Corporation ("TLC") served Amended Infringement Contentions on July 14, 2014.  In these contentions, TLC asserts seven new claims.  As such, the parties have agreed to give Blackmagic Design Pty. Ltd. ("Blackmagic") a one-week extension to serve its Invalidity Contentions pursuant to Patent Local Rule 3-3 and produce corresponding documents pursuant to Patent Local Rule 3-4.  No other deadlines will be affected by this extension.

| Current Deadline (ECF No. 69) | Proposed Deadline | Event |
| --- | --- | --- |
| July 14, 2014 | No change | Serve Amended "Disclosure of Asserted Claims and Infringement Contentions." (PLR 3-1). Produce any additional documents to accompany contentions. (PLR 3-2). |
| August 4, 2014 | August 11, 2014 | Serve "Invalidity Contentions." (PLR 3-3). Produce documents to accompany "Invalidity Contentions." (PLR 3-4). |
| August 18, 2014 | No change | Exchange of Proposed Terms for Construction. (PLR 4-1). |
| September 1, 2014 | No change | ADR Deadline |
| September 8, 2014 | No change | Exchange of Preliminary Claim Construction and Extrinsic Evidence. (PLR 4-2). |
| October 3, 2014 | No change | File Joint Claim Construction and Prehearing Statement. (PLR 4-3). |
| November 2, 2014 | No change | Close of Claim Construction discovery. (PLR-4-4). |
| November 17, 2014 | No change | Opening claim construction brief due. (PLR 4-5). |
| December 1, 2014 | No change | Responsive claim construction brief due. (PLR 4-5) |
| December 8, 2014 | No change | Reply claim construction brief due. (PLR 4-5) |

| | | |
|---|---|---|
| December 12, 2014 | No change | 2 Binders of each side's presentation slides for Claim construction hearing due. |
| December 16, 2014 at 10 AM | No change | Claim Construction Hearing (PLR 4-6) |
| 50 days after the Court's service of the claim construction ruling | No change | Advice of counsel defense discovery due. (PLR 3-7). |
| TBD | No change | Fact Discovery Cut-off |
| TBD | No change | Designation of Opening Experts with Reports |
| TBD | No change | Designation of Rebuttal Experts with Reports |
| TBD | No change | Expert Discovery Cut-off |
| TBD | No change | Dispositive motions and motions re experts due. |
| TBD | No change | Pretrial Conference |

Dated:   July 30, 2014

Respectfully submitted,

JONES DAY

By:   */s/ Gregory L. Lippetz*
           Gregory L. Lippetz

Attorneys for Defendant
BLACKMAGIC DESIGN PTY LTD.

NIRO, HALLER & NIRO

By:   */s/ Joseph N. Hosteny*
           Joseph N. Hosteny

Attorneys for Plaintiff
TECHNOLOGY LICENSING CORPORATION

1    **IT IS SO ORDERED.**

2    Dated:    7/31/2014                              _____
                                                      HON. SAUNDRA BROWN ARMSTRONG
3                                                     U.S. DISTRICT COURT JUDGE

**ATTESTATION**

I, Gregory L. Lippetz, an ECF User whose ID and password are being used to file this SUPPLEMENTAL [PROPOSED] CASE MANAGEMENT ORDER, in compliance with Civil L.R. 5-1(i)(3), hereby attest that Joseph N. Hosteny, attorney for Technology Licensing Corp., has concurred with this filing.

Dated  July 30, 2014

By: */s/ Gregory L. Lippetz*
Gregory L. Lippetz

Attorneys for Defendant
BLACKMAGIC DESIGN PTY LTD.