IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>BLACKMAGIC DESIGN PTY LTD,<br><br>    Defendant.<br>_____/ | No. C 13-05184 SBA<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

PURSUANT TO CIVIL L.R. 72-1

IT IS HEREBY ORDERED that this case is referred to a Magistrate Judge for discovery. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 8/14/204

SAUNDRA BROWN ARMSTRONG
United States District Judge