| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>Martin L. Fineman, Bar No. 104413<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111<br>Telephone: (415) 276-6575<br>Facsimile:  (415) 276-6599<br>Email: martinfineman@dwt.com<br><br>NIRO HALLER & NIRO<br>Raymond P. Niro<br>(*Member of the N.D. Cal. Bar*)<br>rniro@nshn.com<br>Joseph N. Hosteny (*pro hac vice*)<br>jhosteny@hosteny.com<br>Arthur A. Gasey (*pro hac vice*)<br>(gasey@nshn.com)<br>181 West Madison Street, Suite 4600<br>Chicago, Illinois 60602<br>Telephone: (312) 236 – 0733<br>Facsimile:  (312) 236 – 3137<br><br>Attorneys for Plaintiff<br>TECHNOLOGY LICENSING CORP. | Gregory L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Kathleen D. Lynott (State Bar No. 268387)<br>kdlynott@jonesday.com<br>JONES DAY<br>Silicon Valley Office<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:    (650) 739-3939<br>Facsimile:     (650) 739-3900<br><br>David B. Cochran (Pro Hac Vice)<br>Ohio State Bar No. 0066647<br>dcochran@jonesday.com<br>John C. Evans (Pro Hac Vice)<br>Ohio State Bar No. 0081878<br>jdevans@jonesday.com<br>JONES DAY<br>North Point, 901 Lakeside Avenue<br>Cleveland, OH 44114<br>(216) 586-7029<br><br>David L. Witcoff<br>dlwitcoff@jonesday.com<br>77 West Wacker Drive<br>Suite 3500<br>Chicago, IL  60601<br>Telephone: (312) 269-4259<br><br>Attorneys for Defendant<br>BLACKMAGIC DESIGN PTY LTD. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORP.,<br><br>                    Plaintiff,<br><br>     v.<br><br>BLACKMAGIC DESIGN PTY LTD.,<br><br>                    Defendant. | Case No. C 13-05184 SBA<br><br>**STIPULATION TO EXTEND FILING OF JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3** |

**STIPULATION TO EXTEND FILING OF JOINT CLAIM CONSTRUCTION
AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3**
SVI-700153613v1

1  Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Technology Licensing
2  Corporation ("TLC") and Defendant Blackmagic Design PTY LTD. ("Blackmagic")
3  (collectively "the parties") hereby stipulate to extend the deadline for submission of a Joint
4  Claim Construction and Prehearing Statement under Patent Local Rule 4-3 by two business days.
5  WHEREAS the Supplemental Case Management Order (D.I. 71) requires submission of
6  the Joint Statement by October 3, 2014;
7  WHEREAS the parties still need to complete their meet and confer pursuant to Local
8  Patent Rule 4-3(c);
9  BLACKMAGIC AND TLC HEREBY STIPULATE THAT:
10  The Joint Claim Construction and Prehearing Statement may, pursuant to the Court's
11  approval, be submitted on Tuesday, October 7, 2014.  This change will not affect any other case
12  deadlines.
13  **IT IS SO STIPULATED**, through Counsel of Record.

Dated: October 3, 2014                              Respectfully submitted,

/s/ *Joseph N. Hosteny*                             /s/ *Gregory L. Lippetz*
Raymond P. Niro (rniro@nshn.com)                    Gregory L. Lippetz
Joseph N. Hosteny (hosteny@hosteny.com)             Kathleen D. Lynott
Arthur A. Gasey (gasey@nshn.com)                    JONES DAY
NIRO, HALLER & NIRO                                 Silicon Valley Office
181 W. Madison, Suite 4600                          1755 Embarcadero Road
Chicago, IL 60602                                   Palo Alto, CA  94303
(312) 236-0733                                      Telephone: (650) 739-3939
Fax: (312) 236-3137                                 glippetz@jonesday.com
                                                    kdlynott@jonesday.com

Attorneys for Plaintiff                             Attorneys for Defendant
TECHNOLOGY LICENSING CORP.                          BLACKMAGIC DESIGN PTY LTD.

**STIPULATION TO EXTEND FILING OF JOINT CLAIM CONSTRUCTION
AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3**
SVI-700153613v1

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated: 10/3/2014

   *[signature: Saundra B. Armstrong]*
4  Hon. Saundra Brown Armstrong
   United States District Court Judge

25  **STIPULATION TO EXTEND FILING OF JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3**
SVI-700153613v1

ATTESTATION

I, Joseph N. Hosteny, an ECF User whose ID and password are being used to file this **STIPULATION & ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION FOR PATENT LITIGATION**, in compliance with Civil L.R. 5-1(i)(3), hereby attest that Gregory L. Lippetz, attorney for Blackmagic Design Pty Ltd. has concurred with this filing.

Dated: October 3, 2014

By:   /s/ Joseph N. Hosteny
      Joseph N. Hosteny

Attorneys for Plaintiff
TECHNOLOGY LICENSING CORP.