DAVIS WRIGHT TREMAINE LLP
Martin L. Fineman, Bar No. 104413
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6575
Facsimile:  (415) 276-6599
Email: martinfineman@dwt.com

NIRO HALLER & NIRO
Raymond P. Niro
(*Member of the N.D. Cal. Bar*)
rniro@nshn.com
Joseph N. Hosteny (*pro hac vice*)
jhosteny@hosteny.com
Arthur A. Gasey (*pro hac vice*)
(gasey@nshn.com)
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236 – 0733
Facsimile:  (312) 236 – 3137

Attorneys for Plaintiff
TECHNOLOGY LICENSING CORP.

Gregory L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
Kathleen D. Lynott (State Bar No. 268387)
kdlynott@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    (650) 739-3939
Facsimile:     (650) 739-3900

David B. Cochran (Pro Hac Vice)
Ohio State Bar No. 0066647
dcochran@jonesday.com
John C. Evans (Pro Hac Vice)
Ohio State Bar No. 0081878
jdevans@jonesday.com
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-7029

David L. Witcoff
dlwitcoff@jonesday.com
77 West Wacker Drive
Suite 3500
Chicago, IL  60601
Telephone: (312) 269-4259

Attorneys for Defendant
BLACKMAGIC DESIGN PTY LTD.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORP., <br><br> Plaintiff, <br><br> v. <br><br> BLACKMAGIC DESIGN PTY LTD., <br><br> Defendant. | Case No. C 13-05184 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE** |

1   In view of Magistrate Judge James' October 30, 2014 Order (ECF No. 88) allowing
2   amendment of Plaintiff Technology Licensing Corporation's ("TLC") infringement contentions
3   and directing the parties to meet and confer regarding the case schedule, TLC and Defendant
4   Blackmagic Design PTY LTD. ("Blackmagic") (collectively "the parties") are discussing a
5   revised case management schedule.  They have met and conferred, and anticipate submitting a
6   revised schedule to the Court for its approval that will include new deadlines for amended
7   invalidity contentions and claim construction.  Pending the Court's adoption of a revised
8   schedule, and pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties stipulate and
9   request that the claim construction deadlines on November 17, 2014, December 1, 2014,
10  December 8, 2014, and December 16, 2014 be taken off calendar, as these dates will be replaced
11  with new dates to be determined by the revised schedule.  No other case deadlines are currently
12  set in this case and as such, this stipulation does not affect any other deadlines.

13  **IT IS SO STIPULATED**, through Counsel of Record.

14  Dated: November 17, 2014                         Respectfully submitted,

15  /s/ *Joseph N. Hosteny*                          /s/ *Kathleen D. Lynott*
    Raymond P. Niro (rniro@nshn.com)                 Gregory L. Lippetz
16  Joseph N. Hosteny (hosteny@hosteny.com)          Kathleen D. Lynott
    Arthur A. Gasey (gasey@nshn.com)                 JONES DAY
17  NIRO, HALLER & NIRO                              Silicon Valley Office
    181 W. Madison, Suite 4600                       1755 Embarcadero Road
18  Chicago, IL 60602                                Palo Alto, CA  94303
    (312) 236-0733                                   Telephone: (650) 739-3939
19  Fax: (312) 236-3137                              glippetz@jonesday.com
                                                     kdlynott@jonesday.com
20
    Attorneys for Plaintiff                          Attorneys for Defendant
21  TECHNOLOGY LICENSING CORP.                       BLACKMAGIC DESIGN PTY LTD.

22

23

24

25                                                   STIPULATION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE
                                                     Case No. C 13-05184 SBA

**[PROPOSED] ORDER**

Having considered the Stipulation and [Proposed] Order to Amend Case Schedule, the parties' request is hereby GRANTED.  All pending case deadlines regarding claim construction are cancelled.

PURSUANT TO STIPULATION, IT IS SO ORDERED except The parties' proposed, revised schedule shall be filed with the Court within 30 days of the date this Order is filed.

Dated:  11/19/2014

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Court

STIPULATION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE
Case No. C 13-05184 SBA

## ATTESTATION

I, Joseph N. Hosteny, an ECF User whose ID and password are being used to file the foregoing document in compliance with Civil L.R. 5-1(i)(3), hereby attest that Kathleen D. Lynott, attorney for Blackmagic Design Pty Ltd. has concurred with this filing.

Dated: November 17, 2014

By: /s/ Joseph N. Hosteny
Joseph N. Hosteny

Attorneys for Plaintiff
TECHNOLOGY LICENSING CORP.