UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BLACKMAGIC DESIGN PTY LTD.,<br><br>　　　　　Defendant. | Case No.  13-cv-05184-SBA   (MEJ)<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 91 |

　　　　Pending before the Court is the parties' joint letter brief concerning Defendant Blackmagic Design Pty. Ltd.'s request to limit the number of new infringement claims by Plaintiff Technology Licensing Corporation.  Dkt. No. 91.  In the letter, Plaintiff informed the Court that it was awaiting substantive discovery responses from Defendant, which were due earlier this month. *Id.* at 6.  The Court requests supplemental briefing on the status of that discovery and other related discovery that may be relevant to the Court's determination of this matter.  The parties shall file a joint response of no more than four pages total, single-spaced, by January 8, 2015.

　　　　**IT IS SO ORDERED.**

Dated: December 22, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　 MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　　 United States Magistrate Judge