UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>BLACKMAGIC DESIGN PTY LTD.,<br><br>    Defendant. | Case No: C 13-5184 SBA<br><br>**ORDER VACATING CLAIM CONSTRUCTION HEARING** |

Pursuant to the parties' stipulation, the claim construction hearing scheduled for September 24, 2015 is VACATED. The parties shall appear for a telephonic Case Management Conference on **September 23, 2015, at 2:30 p.m.** for the purpose of rescheduling the hearing. At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file a supplemental Joint Case Management Statement that proposes a new date for the claim construction hearing in November and December 2015, and January and February 2016. Plaintiff's counsel shall be responsible for filing the supplemental statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

    IT IS SO ORDERED.

Dated: 9/11/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge