UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>BLACKMAGIC DESIGN PTY LTD.,<br><br>    Defendant. | Case No: C 13-5184 SBA<br><br>**ORDER SETTING CLAIM CONSTRUCTION HEARING** |

The claim construction hearing, including the tutorial, will take place on **March 31, 2016, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: 3/1/16

                                  SAUNDRA BROWN ARMSTRONG
                                  Senior United States District Judge