UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BLACKMAGIC DESIGN PTY LTD.,<br><br>　　　　Defendant. | Case No:  C 13-05184 SBA<br><br>**ORDER VACATING CLAIM CONSTRUCTION HEARING AND DIRECTING FURTHER BRIEFING** |

　　　The parties are presently set to appear before the Court for a claim construction hearing.  Having read and considered the papers filed in connection with this matter, the Court hereby directs the parties to file further briefing regarding whether the disputed claim terms, that include the word "circuit" and "circuitry," are means-plus-function limitations subject to 35 U.S.C. § 112 (f).  In doing so, the parties may wish to discuss <u>Apex Inc. v. Raritan Computer, Inc.</u>, 325 F.3d 1364 (Fed. Cir. 2003) and <u>Linear Tech. Corp. v. Impala Linear Corp.</u>, 379 F.3d 1311 (Fed. Cir. 2004).  Accordingly,

　　　IT IS HEREBY ORDERED THAT Defendant shall file a supplemental brief by April 5, 2016, and Plaintiff shall file a response thereto by April 12, 2016.  The supplemental briefs may not exceed five pages.  The claim construction hearing currently set for March 31, 2016, at 10:00 a.m., is VACATED.

　　　IT IS SO ORDERED.

Dated:  3/28/16

　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge