UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| TECHNOLOGY LICENSING CORPORATION, | Case No: C 13-05184 SBA |
|---|---|
| Plaintiff, | **ORDER SETTING CLAIM CONSTRUCTION HEARING** |
| vs. | |
| BLACKMAGIC DESIGN PTY LTD., | |
| Defendant. | |

The claim construction hearing, including the tutorial, will take place on **May 4, 2016, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: 4/4/16

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge