| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@JonesDay.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: +1.650.739.3939<br>Facsimile: +1.650.739.3900 | Michael A. Lavine (Pro Hac Vice)<br>mlavine@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br>Facsimile: +1.415.875.5700 |

David B. Cochran (*Pro Hac Vice*)
dcochran@JonesDay.com
John C. Evans (*Pro Hac Vice*)
jcevans@JonesDay.com
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH 44114
Telephone: +1.216.586.3939
Facsimile: +1.216.579.0212

Attorneys for Defendant
BLACKMAGIC DESIGN PTY LTD.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BLACKMAGIC DESIGN PTY LTD.,<br><br>Defendant. | Case No. C 13-05184 SBA<br><br>**DECLARATION OF MICHAEL A. LAVINE IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME TO COMPLETE EXPERT DEPOSITIONS** |

I, MICHAEL A. LAVINE, declare as follows:

1. I am an attorney with the law firm of Jones Day, counsel of record for Defendant Blackmagic Design Pty LTD. ("BMD") in the above-entitled action. I make this declaration in support of the parties' stipulated request for an order changing time to complete the expert depositions. I make this declaration based on my personal knowledge and, if called as a witness, could and would competently testify thereto.

2. Per the Court's recent Order (Dkt. No. 145), the parties served opening expert reports on May 17, 2017 and rebuttal expert reports on May 31, 2017. BMD moved for summary judgment of non-infringement on June 7, 2017. (Dkt. 151.)

3. The close of expert discovery is currently set for June 14, 2017.

4. Due to the short amount of time between the service of the parties' expert reports and the current close of expert discovery, and to accommodate the schedules of TLC's expert witnesses, the parties believe that a short extension of the expert discovery deadline is warranted for the limited purpose of completing the parties' expert depositions.

5. Previous time modifications in the case schedule were made pursuant to the following stipulations and Court orders: Dkts. 13, 61, 63, 85, 90, 106, 108, 113, 143, and 145.

6. The parties anticipate that the proposed extension will have no effect on the subsequent deadlines in the case schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of June, 2017, at San Francisco, California

/s/ *Michael A. Lavine*

Michael A. Lavine

DECLARATION OF MICHAEL A. LAVINE IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME TO COMPLETE EXPERT DEPOSITIONS
TLC V. BLACKMAGIC – CASE NO. C 13-05184 SBA

- 2 -